| | |
|---|---|
| 1 | Michele Floyd (SBN 163031) |
| 2 | SACKS, RICKETTS & CASE LLP |
|   | 177 Post Street, Suite 650 |
| 3 | San Francisco, CA 94108 |
|   | Telephone: (415) 504-3070 |
| 4 | Email: mfloyd@srclaw.com |
| 5 | Joseph R. Oliveri* (DC Bar No. 994029) |
|   | CLARE LOCKE LLP |
| 6 | 10 Prince Street |
|   | Alexandra, VA 22314 |
| 7 | Telephone: (202) 628-7400 |
|   | Email: joe@clarelocke.com |
| 8 | * *Pro Hac Vice* Application Forthcoming |
| 9 | *Attorneys for Applicant ZURU, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Ex Parte* Application of | MISCELLANEOUS CASE NO.: |
| ZURU, INC., | |
| Applicant, | **ZURU'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |
| For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings | |

Applicant ZURU, Inc. ("ZURU"), through counsel, applies to the Court for an Order under 28 U.S.C. § 1782 granting it leave to issue subpoenas to Glassdoor, Inc. ("Glassdoor") to produce documents and give testimony for use in a New Zealand-based lawsuit against one or more of ZURU's former employees.

This Application is supported by the Memorandum of Points and Authorities and the Declarations of Joseph R. Oliveri ("Oliveri Decl."), Eric Olavson ("Olavson Decl."), Mat Mowbray ("M. Mowbray Decl."), and Nick Mowbray ("N. Mowbray Decl.") filed herewith. A proposed order is attached hereto as **Exhibit A**, a proposed subpoena to testify at a deposition in a civil action is attached hereto as **Exhibit B**, and a proposed subpoena to produce documents, information, or objects in a civil action is attached hereto as **Exhibit C.**

| | | | |
|---|---|---|---|
| 1 | Dated: | January 24, 2022 | SACKS, RICKETTS & CASE LLP |

By: /s/ Michele Floyd
Michele Floyd
*Attorney for Applicant ZURU, Inc.*

Dated: January 24, 2022  CLARE LOCKE LLP

By: /s/ Joseph R. Oliveri
Joseph R. Oliveri* (DC Bar No. 994029)
* *Pro Hac Vice* Application Forthcoming
*Attorney for Applicant ZURU, Inc.*

**FILER ATTESTATION**

In accordance of Civil L.R. 5-1(i)(3), I hereby certify that I have authorization to file this document from the signatories above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on this 21st day of January, 2022 at San Francisco, California.

/s/ Michele Floyd
Michele Floyd

ZURU'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782